## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| DAVID T. MUENCH, | : CASE NO. 17-16370-JKF |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : March 28, 2018 @ 9:30 a.m. |
| | : |
| DAVID T. MUENCH, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 34 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on March 27, 2018, by:

**17-16370-JKF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Leo M. Gibbons at lgibbons@macelree.com

Polly A. Langdon at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Richard N. Lipow at richard@lipowlaw.com, ecflipow@gmail.com, r44824@notify.bestcase.com

Kevin G. McDonald at KMcDonald@blankrome.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Matteo S. Weiner at bkgroup@kmllawgroup.com

**17-16370-JKF Notice will not be electronically mailed to:**


EXECUTED ON: March 27, 2018

                                          Respectfully submitted by,


By:    /s/ Jim Peavler
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        Dept. 281061
        Harrisburg, PA 17128-1061
        PA I.D.  320663
        Phone:  717-787-2747
        Facsimile:  717-772-1459
        jpeavler@pa.gov