# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David T. Muench<br>　　　　　Debtor(s)<br><br>BAYVIEW LOAN SERVICING, LLC<br>　　　　　Movant<br>　　vs.<br>David T. Muench<br>　　　　　Debtor(s)<br>Alison P. Muench<br><br>Frederick L. Reigle Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-16370 JKF<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

### **ORDER** MODIFYING AUTOMATIC STAY

AND NOW, this 29th day of March, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 23 Violet Road A/K/A 23 Violet Lane, West Grove, PA 19390 ("Property"), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

David T. Muench
23 Violet Lane
West Grove, PA 19390

Alison P. Muench
23 Violet Lane
West Grove, PA 19390

Richard N. Lipow Esq.
629 Swedesford Road (Via ECF)
Malvern, PA 19355

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532