UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

DAVID T. MUENCH
                                                                      : Bankruptcy No. 17-16370JKF
           Debtor(s)                                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: April 3, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

RICHARD N LIPOW ESQ
629 SWEDESFORD ROAD
MALVERN PA 19355-

DAVID T. MUENCH
103 E. SICLLE ST
KENNETT SQUARE,PA.19348