```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

```
In re:                                                   Case No. 17-16370-jkf
David T Muench                                           Chapter 13
David T Muench
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Marie             Page 1 of 1              Date Rcvd: Apr 02, 2018
                             Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
```
db/db       #+David T Muench,   David T Muench,   23 Violet Lane,   West Grove, PA 19390-9531
             +Alison P. Muench,   23 Violet Lane,   West Grove, PA 19390-9531
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              LEO M. GIBBONS    on behalf of Attorney Justin   Freed lgibbons@macelree.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RICHARD N. LIPOW    on behalf of Debtor David T Muench richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David T. Muench<br>　　　　　　　　　Debtor(s)<br><br>BAYVIEW LOAN SERVICING, LLC<br>　　　　　　　　　Movant<br>　vs.<br>David T. Muench<br>　　　　　　　　　Debtor(s)<br>Alison P. Muench<br><br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-16370 JKF<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER MODIFYING AUTOMATIC STAY

AND NOW, this 29th day of March, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 23 Violet Road A/K/A 23 Violet Lane, West Grove, PA 19390 ("Property), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

David T. Muench
23 Violet Lane
West Grove, PA 19390

Alison P. Muench
23 Violet Lane
West Grove, PA 19390

Richard N. Lipow Esq.
629 Swedesford Road (Via ECF)
Malvern, PA 19355

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532