United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16370-jkf
David T Muench                                                            Chapter 13
David T Muench
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Apr 03, 2018
                             Form ID: pdf900           Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db/db        #+David T Muench,   David T Muench,   23 Violet Lane,   West Grove, PA 19390-9531
aty          +Justin Freed,   Leo M. Gibbons,   17 W. Miner Street,   West Chester, PA 19382-3213
14026298      Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
13985403     +CLERK OF COURT, LANCASTER COUNTY,   50 N DUKE STREET,   Lancaster, PA 17602-2805
13985404      COUNTY OF CHESTER, CLERK OF COURT,   210 W MAIN STREET,   West Chester, PA 19382
13999084     +Chester County Adult Probation,   Justice Center,   201 W Market St,
              West Chester, PA 19382-2947
13985407     +KML LAW GROUP,   701 Market St #5000,   Philadelphia, PA 19106-1541
13985410     +PA DEPT OF REVENUE,   PO BOX 280603,   Harrisburg, PA 17128-0603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 04 2018 01:46:31     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2018 01:46:23     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13999082     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 04 2018 01:46:24
              BAYVIEW LOAN SERVICING LLC,   4425 PONCE LEON BLVD,   CORAL GABLES, FL 33146-1837
13985402     +E-mail/Text: Smarkunas@thebeneficial.com Apr 04 2018 01:46:55     BENEFICIAL BANK,
              1818 MARKET STREET,   Philadelphia, PA 19103-3628
13994694      E-mail/Text: mrdiscen@discover.com Apr 04 2018 01:45:45     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany Ohio 43054-3025
13985405      E-mail/Text: mrdiscen@discover.com Apr 04 2018 01:45:45     Discover Fin Svcs Llc,
              Po Box15316,   Wilmington, DE 19850-5316
13985406      E-mail/Text: cio.bncmail@irs.gov Apr 04 2018 01:45:48     INTERNAL REVENUE SERVICE,
              CENTRAILIZED INVOLVENCY OPERATION,   PO BOX 7346,   Philadelphia, PA 19101-7346
13985409      E-mail/Text: camanagement@mtb.com Apr 04 2018 01:45:50     M & T Bank,   1 Fountain Plz,
              Buffalo, NY 14203
13985408      E-mail/Text: camanagement@mtb.com Apr 04 2018 01:45:50     M & T Bank,   Po Box 844,
              Buffalo, NY 14240
14004870      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2018 01:45:59
              Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
              Harrisburg PA  17128-0946
                                                                                     TOTAL: 10


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
13999083*    +BENEFICIAL BANK,   1818 MARKET STREET,   Philadelphia, PA 19103-3628
13999085*    +CLERK OF COURT, LANCASTER COUNTY,   50 N DUKE STREET,   Lancaster, PA 17602-2805
13999086*     COUNTY OF CHESTER, CLERK OF COURT,   210 W MAIN STREET,   West Chester, PA 19382
13999087*     Discover Fin Svcs Llc,   Po Box15316,   Wilmington, DE 19850-5316
13999088*     INTERNAL REVENUE SERVICE,   CENTRAILIZED INVOLVENCY OPERATION,   PO BOX 7346,
              Philadelphia, PA 19101-7346
13999089*    +KML LAW GROUP,   701 Market St #5000,   Philadelphia, PA 19106-1541
13999090*    ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
              (address filed with court:  M & T Bank,   1 Fountain Plz,   Buffalo, NY 14203)
13999091*    ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
              (address filed with court:  M&T Bank,   Po Box 844,   Buffalo, NY 14240)
13999092*    +PA DEPT OF REVENUE,   PO BOX 280603,   Harrisburg, PA 17128-0603
                                                                             TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: JEGilmore        Page 2 of 2            Date Rcvd: Apr 03, 2018
                             Form ID: pdf900         Total Noticed: 18
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JIM  PEAVLER   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          KEVIN G. MCDONALD   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          LEO M. GIBBONS   on behalf of Attorney Justin  Freed lgibbons@macelree.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          RICHARD N. LIPOW   on behalf of Debtor David T Muench richard@lipowlaw.com,
           ecflipow@gmail.com;r44824@notify.bestcase.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

DAVID T.  MUENCH
                                          : Bankruptcy No. 17-16370JKF
            Debtor(s)                     : Chapter 13


ORDER


AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


BY THE COURT

*[signature]*

**Date: April 3, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

RICHARD N LIPOW ESQ
629 SWEDESFORD ROAD
MALVERN PA 19355-

DAVID T.  MUENCH
103 E. SICLLE ST
KENNETT SQUARE,PA.19348